THIRD DEPARTMENT, MAY TERM, 1893.

by the plaintiff of ten dollars costs of motion in the court below within ten days after the service of the order on the appeal, and noticing this case, and placing the same upon the calendar for the next Circuit Court, that the motion to dismiss is denied; that unless such costs are paid and the case noticed and placed upon the calendar as aforesaid then the order is affirmed. Such modification to be without costs of this appeal. Present, Van Brunt; P. J., O'Brien and Ingraham, JJ. Order modified as directed in opinion, and as modified affirmed, without costs of this appeal.

Christian F. Schramme. Appellant, v. Edward S. Farron, Resp ndent, Impleaded, etc.—PER CURIAM: We think the excuse presented by plaintiff for not bringing this case to trial, was sufficient to justify the denial of the motion upon plaintiff placing the case upon the calendar and paying ten dollars cost of motion. The order should, therefore, be modified by providing that upon the payment by the plaintiff

'of ten dollars costs of motion in the court below within ten days after the service of the order on this appeal and noticing this case, and placing the same upon the calendar for the next Circuit Court that the motion to dismiss is denied ; that unless such costs are paid and the case noticed and placed upon the calendar as aforesaid, then the order is affirmed. Such modification to be without costs of this appeal. Present, Van Brunt, P. J., O'Brien and Ingraham, JJ. Order modified as directed in opinion, and as modified affirmed, without costs of this appeal.

Union Square Bank, Respondent, v. Theodore Reichmann, Appellant, Impleaded, etc.—PER CURIAM: The order appealed from should be affirmed with ten dollars costs and disbursements, for the reasons stated in the opinion in the case of *The Hanover National Bank v. Stebbins*, decided herewith. Present, Van Brunt, P. J., and Follett, J. Order affirmed, with ten dollars costs and disbursements.

THIRD DEPARTMENT, MAY TERM, 1893.

**Decisions handed down May 9, 1893.**

Michael Murphy, Respondent, v. Hugh Graham as Executor of the Last Will and Testament of William Carroll, Deceased, Appellant.— *Mem.* by HERRICK, J.: The questions involved in this case are entirely of fact, and while there is a conflict of evidence, there is evidence to sustain the findings of the referee, and I can find no sufficient reason to reverse such findings. The judgment should be affirmed, with costs. Mayham, P. J., concurred. Judgment affirmed, with costs.

William H. Townsend, Respondent, v. Albert Stewart, Appellant.— MAYHAM, P. J.: We have examined the various exceptions to the charge of the judge and his refusals to charge, and see no error in the same for which the judgment in this case should be reversed. The case was mainly submitted as questions of fact, under proper instructions by the court, as to the law bearing on the facts as presented by the proof on both sides. It was a disputed question of fact whether the plaintiff was properly on the defendant's premises by his invitation, or permission, or was there as a trespasser. Under the evidence we think that that was properly submitted to the jury as a question of fact. It was also a disputed question whether the plaintiff remained on the defendant's premises after being ordered off, so as to make him a trespasser. We think the instructions of the court in his charge laid down the correct rule of law, and that that question was also properly submitted to the jury. Also the question as to which of these parties under the evidence committed the first assault, was an open question of fact properly submitted by the judge to the jury; and so of every question, which the judge was requested by the defendant to give positive instruction as to the fact, was by him properly submitted as question of fact for the jury under proper instruction as to the law. On the whole case the charge of the judge seems entirely fair and impartial, and we discover no error of law in it, for which the judgment should be reversed. The questions of fact were for the jury, and the evidence although conflicting was sufficient to uphold the verdict, and the refusal of the judge to grant a new trial upon the minutes was not error for which his order can be reversed. The judgment and order must be affirmed,

with costs. Putnam and Herrick, JJ., concurred. Judgment and order affirmed, with costs.

Aaron M. Stevens and Others, Respondents, v. Central National Bank of Boston and Other Certificate Holders, Appellants, Impleaded with Others.— *Mem.* by HERRICK, J.: This case has been once before this court (57 Hun, 499), upon substantially the same facts. Upon the new trial the court in its decision followed the judgment, and opinion of the General Term, and I can see no reason for differing from that decision. The judgment appealed from should be affirmed, with costs. Mayham, P. J., concurred; Putnam, J., not acting. Judgment affirmed, with costs.

69h    617
s168 NY   561

**Decisions handed down May 25, 1893.**

William F. Rodgers, Respondent, v. Edward J. Whalen, Appellant.— Judgment affirmed; no opinion.

William Moore, Respondent, v. Maria Moore, Appellant.— Order affirmed, without costs; no opinion.

Hiland B. Fairbrother and Thomas Dunn, Plaintiffs, v. Mary Devlin, Defendant.— Order affirmed, with costs; no opinion.

John H. Haskell, Respondent, v. The Northern Adirondack Railroad Company, Appellant.— Motion for reargument granted, costs of motion to abide event; no opinion.

The People of the State of New York, Respondent, v. Edmund Post, Appellant.— Judgment affirmed; no opinion.

Henry Morton, as Trustee, etc., Respondent, v. Peter Callanan, Appellant.— Order affirmed, with costs and printing disbursements; no opinion.

Cornelia Kane Rathbone, as Executrix of the Last Will and Testament of Lewis Rathbone, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs; no opinion.

Orrando P. Dexter, Appellant, v. William Dana Dustin, Leroy M. Wardner, George W. Dustin and Milton Heath, Respondents.— Judgment affirmed, without costs to either party; no opinion. Putnam, J., not acting.

Julius V. Burgevin, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to go to the Court of Appeals denied, with ten dollars costs; no opinion.